Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

William B. Federman (*pro hac vice*)
**FEDERMAN & SHERWOOD**
2926 Maple Avenue, Suite 200
Dallas, Texas 75201
Telephone: (214) 696-1100
Facsimile: (214) 740-0112
Email: wbf@federmanlaw.com
-and-
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Attorneys for Plaintiff,
SOURCEPROSE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCEPROSE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>RPX CORPORATION,<br><br>    Defendant. | Case No.: 3:16-cv-04089-LB<br>(transferred from the Western District of Texas, Austin Division)<br><br>**STIPULATION TO ENLARGE TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Date:          April 13, 2017<br>Time:         9:30 a.m.<br>Judge:       Hon. Laurel Beeler<br>Courtroom: C, 15th Floor<br><br>Action Filed: April 26, 2016<br>Trial Date: Not Yet Set |

STIPULATION TO ENLARGE TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT - CASE NO. 3:16-cv-04089-LB

00101599.000.docx

1   WHEREAS, on January 26, 2017, the Court granted Defendant RPX Corporation's
2 motion to dismiss claim two of Plaintiff SourceProse Corporation's First Amended Complaint
3 with leave to amend;

4   WHEREAS, on February 9, 2017, Plaintiff filed a Second Amended Complaint;

5   WHEREAS, on March 9, 2017, Defendant filed a Motion to Dismiss Second Amended
6 Complaint;

7   WHEREAS, under Federal Civil Local Rule 7-3(a), oppositions must be filed and served
8 not more than 14 days after a motion is filed.

9   WHEREAS, the parties have agreed to grant Plaintiff an additional 14 days to file its
10 opposition to the Motion to Dismiss Second Amended Complaint;

11   WHEREAS, under Federal Civil Local Rule 7-3 (c), replies to an opposition must be
12 filed and served not more than 7 days after the opposition was due;

13   WHEREAS, the parties have agreed to grant Defendant an additional 7 days to file a
14 reply supporting its Motion to Dismiss Second Amended Complaint;

15   WHEREAS, enlarging time for SourceProse Corporation to file its opposition by 14
16 days and RPX Corporation to file its reply by 7 days will require continuing the scheduled
17 hearing date of April 13, 2017 to a date after April 20, 2017 (Civ. L.R. 6-1(a));

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION TO ENLARGE TIME TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT - CASE NO. 3:16-cv-04089-LB

00101599.000.docx

NOW THEREFORE, the parties hereby stipulate as follows:

1. Plaintiff SourceProse Corporation may have until April 6, 2017 to file a response to Defendant RPX Corporation's Motion to Dismiss Second Amended Complaint.

2. Defendant RPX Corporation may have until April 20, 2017 to file a reply in support of its Motion to Dismiss Second Amended Complaint.

3. The hearing date is continued from April 13, 2017 to May 4, 2017.

DATED:  March 16, 2017        **GREEN & NOBLIN, P.C.**

By:    /s/ Robert S. Green
          Robert S. Green

2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Attorneys for Plaintiff,
SOURCEPROSE CORPORATION

DATED:  March 16, 2017        **STOEL RIVES LLP**



By:    /s/ Philip J. Wang
          Philip J. Wang

Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone:  (415) 617-8900
Facsimile:  (415) 617-8907
Email:  philip.wang@stoel.com

Attorneys for Defendant *RPX Corporation*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

This certifies, pursuant to Local Rule 5-1(i)(3), that all signatories to this document concur in its content and have authorized this filing.