GREEN & NOBLIN, P.C.
ROBERT S. GREEN (SBN 136183)
gnecf@classcounsel.com
JAMES ROBERT NOBLIN (SBN 114442)
gnecf@classcounsel.com
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone:   415-477-6700
Facsimile:   415-477-6710

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN (*pro hac vice*)
CARIN L. MARCUSSEN (*pro hac vice*)
wbf@federmanlaw.com
clm@federmanlaw.com
2926 Maple Avenue, Suite 200
Dallas, TX 75201
Telephone: (214) 696-1100
Facsimile: (214) 740-0112
-and-
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:   405-235-1560
Facsimile:   405-239-2112

Attorneys for Plaintiff
SOURCEPROSE CORPORATION

DURIE TANGRI LLP
BENJAMIN B. AU (SBN 237854)
bau@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

Attorney for Defendant
RPX CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOURCEPROSE CORPORATION,<br><br>             Plaintiff,<br><br>    v.<br><br>RPX CORPORATION,<br><br>             Defendant. | Case No. 3:16-cv-04089-LB<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>Ctrm:   C, 15th Floor<br>Judge:   Honorable Laurel Beeler |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), by Plaintiff SourceProse Corporation, on the one hand, and Defendant RPX Corporation, on the other hand, through their respective counsel of record, that the above-captioned action is dismissed with prejudice in its entirety, including all claims and counterclaims, with each party to bear its own attorneys' fees and costs.

Dated: October 20, 2017                FEDERMAN & SHERWOOD

By: */s/ William B. Federman*
WILLIAM B. FEDERMAN
CARIN MARCUSSEN

GREEN & NOBLIN, P.C.
ROBERT S. GREEN
JAMES ROBERT NOBLIN

Attorneys for Plaintiff
SOURCEPROSE CORPORATION

Dated: October 20, 2017                DURIE TANGRI LLP

By: */s/ Benjamin B. Au*
BENJAMIN B. AU

Attorneys for Defendant
RPX CORPORATION

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Benjamin B. Au, attest that concurrence in the filing of this document has been obtained.

*/s/ Benjamin Au*
Benjamin Au

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                 */s/ Benjamin Au*
                                                 Benjamin Au